DEFENDANT: **JOSE RODRIGUEZ**
CASE NUMBER: **5:17CR00293-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  **4 months, consecutive and in addition to 24 months custody imposed in Docket No. 5:16CR01434-001, for a total of 28 months custody.**

The defendant was advised of the right to appeal the sentence, including the right to appeal in forma pauperis, upon proper documentation.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ by _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

FILED 17 NOV -1 AM 9:52 U.S. COURTS SOUTHERN DISTRICT OF TEXAS

Defendant delivered on  10-04-17  to  Corecivic
at  McRae Helena , with a certified copy of this judgment.

UNITED STATES MARSHAL

By  Chewis Reards
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

UNITED STATES OF AMERICA
v.
**JOSE RODRIGUEZ**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: **5:17CR00293-001**
USM NUMBER: 41460-424

Carlos M. Alaniz, AFPD
Defendant's Attorney

☐ See Additional Aliases.

**THE DEFENDANT:**
☒ admitted guilt to violation of condition(s) one _____ of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The offender shall not commit another federal, state, or local crime (Re-entry of a deported alien) | 11/24/2016 |

☐ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-None

Defendant's Date of Birth: XX/XX/1962

Defendant's Residence Address:
Cancun, Quintana Roo, Mexico

Defendant's Mailing Address:
Cancun, Quintana Roo, Mexico

August 8, 2017
Date of Imposition of Judgment

*/s/ Marina Garcia Marmolejo*
Signature of Judge

**MARINA GARCIA MARMOLEJO**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

August 10, 2017
Date

SMO   |EO